**2009–1688. State v. Higgins.**
Fairfield App. No. 08–CA–57, 2009-Ohio-3979.

**2009–1694. Norton v. Richards.**
Summit App. No. 24557, 2009-Ohio-3868.
 MOYER, C.J., dissents.

**2009–1701. State v. Miller.**
Lucas App. No. L–08–1314, 2009-Ohio-3908.
 MOYER, C.J., and O'CONNOR, J., dissent.

**2009–1703. State v. Reinert.**
Montgomery App. No. 22947, 2009-Ohio-3953.

**2009–1704. State v. Reinert.**
Greene App. No. 08–CA–93, 2009-Ohio-3952.

**2009–1727. State v. Zaslov.**
Cuyahoga App. No. 91736, 2009-Ohio-3734.
 LUNDBERG STRATTON, J., dissents and would accept the appeal and hold the cause for the decision in 2009–1520, *State v. Kupay–Zimerman,* Cuyahoga App. No. 92043, 2009-Ohio-3596.
 CUPP, J., not participating.

**2009–1731. Cincinnati v. Metz.**
Hamilton App. No. C–080987.

**2009–1732. State v. Davis.**
Washington App. No. 09CA32.

**2009–1733. State v. Combs.**
Montgomery App. No. 22743, 2009-Ohio-4109.

**2009–1734. Madison v. Raceway Park, Inc.**
Lucas App. No. L–08–1279, 2009-Ohio-4068.

**2009–1735. Engel v. Univ. of Toledo College of Medicine.**
Franklin App. No. 09AP–53, 2009-Ohio-3957.
 MOYER, C.J., and CUPP, J., dissent.
 O'DONNELL, J., dissents and would accept the appeal on Proposition of Law No. I.

**2009–1743. Huntsman v. State Bd. of Edn.**
Stark App. No. 2008CA00220, 2009-Ohio-4282.
 O'DONNELL, J., dissents.

**2009–1747. Williams v. Griffith.**
Franklin App. No. 09AP–28, 2009-Ohio-4045.

**2009–1764. State v. Houston.**
Montgomery App. No. 22755.

**2009–1767. In re L.Z.**
Wayne App. No. 09CA0006. Discretionary appeal not accepted. Motion to dismiss denied as moot.
 PFEIFER and O'DONNELL, JJ., dissent.

**2009–1781. State v. Gerhart.**
Summit App. No. 24384, 2009-Ohio-4165.

**2009–1791. State v. Samples.**
Stark App. No. 2008 CA 00027.

**2009–1800. State v. McCrary.**
Hamilton App. No. C–080860, 2009-Ohio-4390.

**2009–1802. In re D.P.**
Summit App. No. 24591, 2009-Ohio-4335.